ROBERT S. BREWER, JR.
United States Attorney
MATTHEW J. SUTTON
Assistant United States Attorney
IL Bar No. 6307129
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8941
Facsimile: (619) 546-0631
Email: Matthew.Sutton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HARGOBIND TAHILRAMANI<br> aka  GOBIND LAL TAHIL,<br><br>    Defendant. | Case No.: 20CR3107-WQH<br><br>NOTICE OF APPEARANCE<br><br>**(Under Seal)** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I, the **undersigned** attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    The following Government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

    <u>Name</u>

    None

Effective this date, the following attorney is no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None

Please feel free to call me if you have any questions about this notice.

DATED: December 3, 2020         Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

*s/ Matthew J. Sutton*

MATTHEW J. SUTTON
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

20CR3107-WQH
Notice of Appearance
Under Seal