# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20-cr-3107-WQH |
|---|---|
| v. | **ORDER TO UNSEAL INDICTMENT** |
| HARGOBIND TAHILRAMANI, aka Gobind Lal Tahil, Defendant. | |

IT IS HEREBY ORDERED that the above-captioned indictment and arrest warrant be unsealed.

DATED: December 3, 2020

*William V. Gallo*
The Honorable William V. Gallo
United States Magistrate Judge



FILED

DEC - 3 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY