ROBERT S. BREWER, JR.
United States Attorney
ANDREW J. GALVIN
Assistant U.S. Attorney
California Bar No. 261925
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619)546-9721
Fax: (619) 546-0450
Email: andrew.galvin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-03107-WQH |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| HARGOBIND TAHILRAMANI *ALSO KNOWN AS* GOBIND LAL TAHIL, | |
| Defendant, | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Andrew J. Galvin

Matthew James Sutton

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

Please feel free to call me if you have any questions about this notice.

DATED: December 7, 2020.

        ROBERT S. BREWER, JR.
        United States Attorney

        *S/ Andrew J. Galvin*
        ANDREW J. GALVIN
        Assistant U.S. Attorney