| | |
|---|---|
| 1 | **R. DEKE FALLS** |
|   | California State Bar No. 289490 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
|   | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5030 |
|   | Telephone: (619) 234-8467 |
| 4 | Facsimile: (619) 687-2666 |
|   | Deke_Falls@fd.org |
| 5 | |
|   | Attorneys for Hargobind Tahilramani |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 20CR3107-WQH |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| v. | |
| Hargobind Tahilramani, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, R. Deke Falls, Federal Defenders of San Diego, Inc., hereby gives notice that he is lead counsel in the above-captioned case.

Respectfully submitted,

Dated: July 2, 2021         *s/ R. Deke Falls*
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Hargobind Tahilramani
                            Email: Deke_Falls@fd.org