RANDY S. GROSSMAN
United States Attorney
NICHOLAS W. PILCHAK
Assistant U.S. Attorney
California Bar No. 331711
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9709
Email: Nicholas.Pilchak@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20-cr-03107-WQH |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| HARGOBIND TAHILRAMANI aka GOBIND LAL TAHIL, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

**Matthew James Sutton.**

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in

CM/ECF, please terminate this association):

    <u>Name</u>

    **Andrew J. Galvin**.

Please feel free to call me if you have any questions about this notice.

DATED: April 22, 2022.

    Respectfully submitted,

    RANDY S. GROSSMAN
    United States Attorney

    *s/Nicholas W. Pilchak*
    NICHOLAS W. PILCHAK
    Assistant United States Attorney
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA